IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA NAILS,

    Plaintiff,

v.

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and EMPLOYEE JOHNSON,

    Defendants.

CIVIL ACTION NO.: 4:23-cv-169

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 16, 2024, Report and Recommendation, (doc. 25), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Motions to Proceed *In Forma Paueris* are **DENIED**. (Docs. 5 & 14.) Her Complaint is **DISMISSED**. (Doc. 1.) Defendants' Motion to Dismiss is **DISMISSED AS MOOT**. (Doc. 10.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 5th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA