AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA NAILS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-169

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and EMPLOYEE JOHNSON,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated February 5, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Complaint is dismissed, Defendants' Motion to Dismiss is dismissed as moot, and this case stands closed.

Approved by: _____

February 6, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020